STATE of Missouri, Respondent,

v.

Daniel I. LOYD, Appellant.

Daniel I. LOYD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43100.

Missouri Court of Appeals,
Western District.

Sept. 10, 1991.

John A. Klosterman, Columbia, for appellant.

William L. Webster, Atty. Gen., Millie Aulbur, Asst. Atty. Gen., Jefferson City, for respondent.

Before FENNER, P.J., and TURNAGE and ULRICH, JJ.

ORDER

PER CURIAM.

Consolidated appeal from conviction of robbery in the second degree, § 569.030, RSMo 1986, and from denial of Rule 29.15 motion for postconviction relief.

Conviction affirmed pursuant to Rule 30.-25(b); denial of postconviction relief affirmed pursuant to Rule 84.16(b).